PROB 12C
(EDNY 7/09)

# United States District Court

### for the

### Eastern District of New York

**FILED**
IN CLERK'S OFFICE   PACTS#
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 13 2010 ★

BROOKLYN OFFICE

## Petition for Warrant or Summons for Offender Under Supervision

Case Number: **0207 1:01CR00178-001**

Name of Offender: Roy Leckstrom

Name of Sentencing Judicial Officer: Honorable John Gleeson, U.S. District Judge

Date of Original Sentence: June 13, 2003

Original Offense: 21 USC 846, Conspiracy to Distribute and Possess with Intent to Distribute MDMA, a Class C Felony

Original Sentence: Imprisonment - 60 Months
Supervised Release - 60 Months

Type of Supervision: Supervised Release        Date Supervision Commenced: January 14, 2005

Asst. U.S. Attorney: To be assigned        Defense Attorney: Michael J. Januzzi, Esq.

---

## PETITIONING THE COURT

[ ] To issue a warrant
[x] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Association with Person Involved in Criminal Activity |

Prob 12C  -2-  *Petition for Warrant or Summons*
*for Offender Under Supervision*

*Name of Offender:* Roy Leckstrom  *Case Number: 0207 1:01CR00178-001*

### U.S. Probation Officer Recommendation:

The term of supervision should be:

    [ x ]  Revoked
    [ ]  Extended for year(s), for a total term of years.

[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 11, 2010

Approved:

Robert E. Cardinal
Supervising U.S. Probation Officer

Robbie J. Patus
Sr. U.S. Probation Officer

---

### THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.
[X]  The Issuance of a Summons
[ ]  Other

s/John Gleeson
Signature of Judicial Officer
Date 1-12-10